UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY DeANGELIS, | : | |
| Plaintiff, | : | CASE NO. 3:16-cv-307 (MPS) |
| | : | |
| v. | : | |
| | : | |
| MONICA FARINELLA, et al., | : | |
| Defendants. | : | DECEMBER 20, 2016 |
| | : | |

**RULING ON MOTION FOR AFFIDAVIT [ECF No. 42]**

Plaintiff asks the Court to order the defendants' attorney to produce an affidavit from Dr. Gerald Valletta, a doctor employed at Garner Correctional Institution who is not a defendant in this case. Plaintiff does not indicate that he has sufficient funds to defray the cost of obtaining the affidavit.

Although Plaintiff was permitted to file this case *in forma pauperis*, that status does not entitle him to discovery costs or litigation services. *See Riddick v. Chevalier*, 2012 WL 3289079, at *1 (D. Conn. Aug. 9, 2012); *see also, e.g., Hawks v. Diina*, 2006 WL 2806557, at *4 (W.D.N.Y. Sept. 28, 2006) (holding that court may not authorize commitment of federal funds to underwrite discovery and litigation expenses of an indigent civil litigant's action); *Garraway v. Morabito*, 2003 WL 21051724, at *7 (N.D.N.Y. May 8, 2003) (informing *pro se* litigant that *in forma pauperis* status does not waive costs of litigation or discovery). Nor are the defendants responsible for financing the plaintiff's discovery costs. *See Doe v. United States*, 112 F.R.D. 183, 185 (S.D.N.Y. 1986). Plaintiff does not indicate that he has sufficient funds to pay any costs associated with obtaining the affidavit.

Neither the Court nor the defendants are responsible for underwriting Plaintiff's

discovery costs or obtaining affidavits on his behalf.  Inmates' Legal Aid Program is the organization created to provide legal assistance to Connecticut inmates. Plaintiff should seek assistance or advice on obtaining information from Dr. Valletta from that organization.

Plaintiff's motion for affidavit [**ECF No. 42**] is **DENIED**.

**SO ORDERED** this 20th day of December 2016 at Hartford, Connecticut.

/s/
Michael P. Shea
United States District Judge